①

Dwight A. Alexander Sr.  
Nelson Coleman  
5601 Highway 3127  
Killona, LA 70057

United States District Court  
Eastern District of Louisiana  
New Orleans, Louisiana

TENDERED FOR FILING  
JUN -2 2020  
U.S. DISTRICT COURT  
Eastern District of Louisiana  
Deputy Clerk

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED  JUN 02 2020  
CAROL L. MICHEL  
CLERK

May 17, 2020  
Criminal Case #16-cr-197 T2

Re: USA v. Dwight Alexander

Dear Honorable Karen Wells Roby, Chief Magistrate Judge, along with Criminal Case #16-cr-197, T2 not having an Original Grand Jury Indictment, this case also has an unconstitutional, null and void Bill of Information that was arraigned by your Court Honorable Judge on 11-9-2016. (See Exhibit).

Assistant United States Attorney Brandon S. Long was very aware that he is without authority to charge by Bill of Information where the offense amounts to a felony.

The Bill of Information was an unlawful accusation filed against me and the jurisdiction of the Court was not properly invoked, and that this case is void. United States v. Gill 55 F. 2d 399 (1931).

②

Wherefore, it is requested that this Honorable Court dismiss this case in its entirety, for the jurisdiction was not properly invoked by the Court and that the government is without authority to (charge) by Bill of Information in compliance with the Fifth Amendment United States Constitution.

Dwight C. Alexander Sr.
Dwight A. Alexander Sr.



FILED
U.S. DISTRICT COURT
EASTERN DIST. OF LA.

2016 NOV -9  A 11: 47

WILLIAM W. BLEVINS
CLERK

**FELONY**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR VIOLATIONS
## OF THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 16-197 |
| v. | * | **SECTION:** SECT. A MAG 2 |
| **DWIGHT ALEXANDER** | * | **VIOLATIONS:** 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 21 U.S.C. § 846 |
| | | 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(2) |

\*      \*      \*

The United States Attorney charges that:

### COUNT 1

Beginning on a date unknown but not later than December 5, 2012, and continuing until on or about October 7, 2016, in the Eastern District of Louisiana and elsewhere, the defendant, **DWIGHT ALEXANDER**, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the United States Attorney, to distribute and to possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of



EXHIBIT B

\_Fee USA\_
\_Process\_
X\_Dktd\_
\_CtRmDep\_
\_Doc. No.\_

heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 7, 2016, in the Eastern District of Louisiana, the defendant, **DWIGHT ALEXANDER**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on July 23, 2003, in Jefferson Parish Twenty-Fourth Judicial District Court, Docket No. 02-3286 "A," for possession of diazepam, a Schedule IV drug controlled substance, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Taurus 85 Ultralite, .38 caliber revolver, bearing serial number GU43270, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF DRUG FORFEITURE

1. The allegation of Count 1 of this Bill of Information is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 1 of this Bill of Information, the defendant, **DWIGHT ALEXANDER**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Bill of Information.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

2

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1. The allegation in Count 2 of this Bill of Information is re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of the offense alleged in Count 2, the defendant, **DWIGHT ALEXANDER,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c), any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(o), as alleged in Count 2 of this Bill of Information.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

3

  c. has been placed beyond jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-forfeitable property.

All in violation of Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c).

          KENNETH ALLEN POLITE, JR
          UNITED STATES ATTORNEY

          */s/ Brandon S. Long*
          BRANDON S. LONG
          Assistant United States Attorney
          D.C. Bar No. 500721

New Orleans, Louisiana
November 9, 2016

4

No. **16-197 SECT. A MAG**

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

DWIGHT ALEXANDER

**BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT**

Violation(s): Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846; Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

Filed _____, 20 16

_____, Clerk.

By _____, Deputy

Brandon S. Long
*Assistant United States Attorney*

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☑ INFORMATION ☐ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Superseding Indictment ☐ Charges/Counts Added
☐ Superseding Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Alana Chester
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brandon S. Long

CASE NO. 16-197
USA vs.
Defendant: DWIGHT ALEXANDER
Address:

SECT. A MAG 2

☐ Interpreter Required    Dialect: _____

Birth Date: 1971      ☑ Male ☐ Female    ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
Kevin Treigle, DEA Task Force Officer

Social Security Number: xxx-xx-9551

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 16-116

Place of offense: Orleans    County

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date 10/7/2016   or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Kevin V. Kelly
☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 2  (for this defendant only)

| Offense Level (1,3,4) | Title & Section (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21, U.S.C., Section 846 | Conspiracy to distribute and pwit controlled substance | 1 |
| 4 | 18, U.S.C., Sections 922(g)(1) and 924(a)(2) | Felon in possession of a firearm | 2 |

United States District Court
Chambers of
the Honorable Karen Wells Roby
Chief Magistrate Judge
500 Poydras St. Chambers B-437
New Orleans, LA 70130

7013 3030 3927 0026

NEW ORLEANS LA 700
NELSON COLEMAN
PM 1 L

To: United States District Court
CHAMBERS OF
the Honorable Karen Wells Roby
Chief Magistrate Judge
500 Poydras Street, Chambers B-437
New Orleans, LA 70130

